# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAZARIOUS CLAYTON

NO. 2023 KW 1102

**FEBRUARY 16, 2024**

---

In Re:   Lazarious Clayton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-11-0195.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court reflect that the district court is proceeding toward disposition of relator's writ of habeas corpus.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT